JUDGE JOHNSTON

MAGISTRATE JUDGE SCHNEIDER

RECEIVED

12/15/2021

THOMAS G. BRUTON

CLERK, U.S. DISTRICT COURT

# United States District Court

**Northern** DISTRICT OF ILLINOIS

| | |
|---|---|
| Michael DeWayne Morton , <br><br> Plaintiff <br><br> vs. <br><br> A. Ciolli <br> Dr. Levy <br><br><br><br><br><br><br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**21CV50470**

Case No. _____

*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☑ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: N/A _____

☐ Unknown ____N/A_____

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Michael DeWayne Morton

Prison Identification Number: 14125-003

Current address: U.S.P - Thomson, P.O. BOX - 1002, Thomson, IL. 61285

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: A. Ciolli

Current Job Title: Warden

Current Work Address U.S.P - Thomson, P.O. BOX - 1002, Thomson, IL. 61285

Defendant #2:

Full Name: Dr. Levy

Current Job Title: Head Psychology

Current Work Address U.S.P - Thomson, P.O. BOX - 1002, Thomson, IL. 61285

Defendant #3:

Full Name: N/A

2

Current Job Title: N/A

Current Work Address N/A

N/A

Defendant #4:

Full Name: N/A

Current Job Title: N/A

Current Work Address N/A

N/A

Defendant #5:

Full Name: N/A

Current Job Title: N/A

Current Work Address N/A

N/A

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☑

If yes, please describe None

N/A

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑          No ☐

3

C.  If your answer to B is yes, how many? ___|___ Describe the lawsuit(s) below.

   1.  Name of Case, Court and Docket Number
       Case No. 21-C-50373   Morton V. Ciolli is now pending in this court

   2.  Basic claim made  Lack of medical care and cruel or unusual punishment

   3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  Still pending at this time, this supports case no. 21-C-50373, and Case NO. 21-C-50372
Both cases are now pending in this court.

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

   *Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

     Yes ☑  No ☐

If your answer is no, explain why not  All form of grievance by me here at U.S.P
Thomson has now been, compromised or manipulated by F.B.O.P Staff

C.  Is the grievance process completed?  Yes ☐  No ☑

It has been lost by Unit team Staff, but I am still trying at
this time.

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _E-unit of U.S.P Thomson_

Date(s) of the occurrence _Aug/3/2021_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

The said plaintiff Michael DeWayne Morton Reg. No. 14125-003, has a long history of treatment for mental and emotional problems, beginning at age 8, when he was admitted to the Bronx children's hospital in Bronx, New York, following an incident in which he stabbed a child in the neck with a pencil. The plaintiff has been committed to multiple mental health centers throughout his life as a child and adulthood; he has also had multiple diagnose such as, Bi-Polar 1 disorder, Impulse Control Disorder, and Depressive Disorder. He has had one suicde risk assessment completed on 5/10/2018, due to having a psychotic breakthrough. Psychology services were fully aware of the plaintiff's long mental healt history, which is a lot longer then the listed information given at this time, the warden also knew these facts. The plaintiff is now currently housed in a disciplinary base program known as the (S.M.U) or special management unit, within U.S.P Thomson, this program forbids the placement of mental health inmates, inwhich the plaintiff legally qualify as, due to his pass history and a court order of his sentencing judge Ms. Kristi K. DuBose on April/24/2015. The illegal S.M.U placement was a act of retaliation, due to the plaintiff's pending civil case no. 21-C-50373, inwhich is very closely related to this case. At this time the plaintiff is experiencing many difficulties attaining needed documents to prove his case at present; see both cases pending in this court, case no. 21-C-50372, and case no. 21-C-50373. The court may now have to order the complete history of the plaintiff's psychology records througout the F.B.O.P. Due to this form of injustice the plaintiff is now experiencing many mental health problems; inwhich he makes

5

psychology services aware of daily, but is continuously ignored, due to pending civil case no. 21-C-50373. The plaintiff now has strong suicidal ideation, depressive break-downs, demonic ~~forces~~ forces attempting to gain controle of my body and mind. These demonic ~~forces~~ forces even sexually assault me at times, I need the appropriate psychology assistance. i was court ordered, but this care is now being denied me at U.S.P Thomson. Once a full review of the plaintiff's complete psychology records has been done by this court, as well as a review of both cases now pending in this court, because all of these cases are now related. The said plaintiff Michael DeWayne Morton - Reg. No. 14125-003, seek the assistance of this court in providing legal compensation in the amount of $5,000,000 (Five-Million-Dollars).

___

At this time the petitioner would like to bring to this honorable court's attention further elements, inwhich will now prove there was a institutional error, in the punishment of the petitioner, which has lead to the following, due process violations, the revocation of good time credits, a fine of $500, and the illegal S.M.U placement of a Mental Healt Inmate. The disobedience of F.B.O.P program statement #5270.09 disciplinary proceeding, proves motive of retaliation against the petitioner by the institution, see Morton Vs. Ciolli petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241 has been filed in this court of the Northern District of Illinois on sep/29/2021, case no. 21-CV-50372; and Morton Vs. Ciolli prisoner civil rights case pursuant to 42 U.S.C. § 1983 has been filed on Sep/29/2021, case no. 21-CV-50373. This institution has had plenty of opportunities to begin ~~correcting~~ correcting their error of illegal S.M.U placement and should be made liable for the mental damage, which has been inflected upon the petitioner, due to the S.M.U placement. The petitioner has been hearing voices, seeing things that are not there, and contemplating suicide daily, due to enduring cruel inhuman punishment within U.S.P Thomson. The petitioner has been made desperate and has ~~lost~~ hope in our Government, due to hiden corruption.

## RELIEF REQUESTED

(State what relief you want from the court.)

I would now like to be placed in a mental health institution where i may begin to get the correct treatment needed. I must be placed back on my medication like i have requested here at U.S.P Thomson. I should receive legal compensation in the full amout of $5,000,000 (Five-Million-Dollars.)

JURY DEMAND          Yes ☑          No  ☐

Signed this _December_ day of __6__ , 20_21_ .

_Michael Morton_

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Michael DeWayne Morton | 14125-003 |
| Address: A. U.S.P Thomson<br>P.O. BOX 1002<br>Thomson. IL. 61285 | Telephone Number:<br>469-894-0478-mother Ms. Russell |

8